UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE, NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 3:12mj278 |
| | ) | |
| v. | ) | **SEALING ORDER** |
| | ) | |
| RODNISHA SADE CANNON | ) | |

Upon motion of the United States and for the reasons set forth in the United States' Motion, it is hereby ORDERED that the Criminal Complaint and accompanying Affidavit are hereby placed under seal until the arrest of the defendant.

So ordered this the 28th day of September 2012.

_____
David S. Cayer
United States Magistrate Judge